In the Matter of the Application of EDWARD J. TIERNEY, Respondent, against S. HOWARD COHEN and Others, as and Constituting the Board of Elections of the City of New York, Appellants. In the Matter of the Application of JOHN A. SHERMAN, Appellant, against MICHAEL J. CRUISE, as Clerk of the City of New York, and Others, Respondents.— Orders granting motion of petitioner Edward J. Tierney for a peremptory order of mandamus, and denying motion of petitioner John A. Sherman for a peremptory order of mandamus, unanimously affirmed, each with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ. [See post, p. 514.]

THE NEW YORK EDISON COMPANY, INC., Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Order granting plaintiff's motion for a temporary injunction unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ. [See post, p. 514.[

In the Matter of the Application of GLORIA MORGAN VANDERBILT for a Writ of Habeas Corpus to Bring Up the Body of GLORIA LAURA MORGAN VANDERBILT, an Infant. GERTRUDE VANDERBILT WHITNEY and Others, as General Guardians of the Property of GLORIA LAURA MORGAN VANDERBILT, an Infant, Added Parties.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. STOCKHOLDERS COMMITTEE OF THE WORLD EXCHANGE BANK, in Liquidation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

CHARLES H. GILMAN v. R. E. CARRICK & Co., INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELIAS GAGUNEN v. GONZALO BOZA & Co., INC., and Another.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

ARIE STONE GALLAGHER v. EDWARD J. GALLAGHER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA BRODY, as Administratrix, etc., of NATHAN BRODY, Deceased. ANNA BRODY. HARRY E. ISAACS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 245 App. Div. 77.]